IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PHILLIP S. BALDWIN, individually**                        **PLAINTIFF**
**and as special administrator of the Estate**
**of Phillip D. Baldwin, and on behalf of**
**all others similarly situated**

v.                  **CASE NO. 4:23-CV-00008-BSM**

**STATE FARM FIRE AND**
**CASUALTY COMPANY,** *et al.*                                    **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 22nd day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE